83 247-01

FILED
Chris Daniel
District Clerk

JUN 19 2015

Time:_____
Harris County, Texas
By_____
Deputy

Cause No. 695776-A

EX PARTE                           §     IN THE 185th DISTRICT COURT

                                   §     OF

ARTHUR LAMAR MITCHELL,             §     HARRIS COUNTY, TEXAS
Applicant

## STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT

Having considered the application for writ of habeas corpus in the above-captioned cause and the State's original answer, the Court finds that the issue of whether the applicant was denied effective assistance of counsel still needs to be resolved in the present case.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

To assist the Court in resolving these factual issues, counsel Ken Okorie is ORDERED to file an affidavit summarizing his actions as counsel for the applicant in the primary case, cause number 695776, and specifically responding to the following:

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

1

1.    Please state what files or records Okorie is still in possession of regarding his representation of the applicant in the primary case.

2.    If Okorie is no longer in possession of any file or records regarding his representation of the applicant in the primary case, then provide the date the file or records were destroyed (or if Okorie does not know the exact date, then provide counsel's general file retention/destruction policy).

3.    Please describe any pre-trial discovery or investigation into the applicant's case done by Okorie. If Okorie's investigation or discovery was limited in any way, please explain.

4.    Please state whether Okorie believed it was necessary or beneficial to file a motion to include a lesser-included offense instruction and obtain a ruling in the instant case.  (Please explain the basis for this belief and if so, on what basis does Okorie believe such a motion should have been filed, why one was not filed, and what effect, if any, Okorie believes additional motions would have had on the proceeding).

5.    Please describe any conversations Okorie had with the applicant regarding the applicant's right to testify or to not testify.

6. Please describe how Okorie prepared for trial in the instant case.

The applicant's counsel Ken Okorie is ordered to file said affidavit with the Post-Conviction Writ Division of the District Clerk's Office, 1201 Franklin, Third Floor, Houston, Texas 77002, within THIRTY DAYS of the signing of this Order.

The Clerk of the Court is ORDERED to send a copy of this Order to the applicant and to the State, and to serve copies of this Order and the application to:

Ken Okorie
12003 Merewood Lane
Houston, Texas 77071-2413

When and as the affidavit of Ken Okorie is received, the Clerk is **ORDERED** to send a copy of said affidavit to the applicant, Arthur Lamar Mitchell, #738709 – Darrington Unit, 59 Darrington Road, Rosharon, Texas 77583; and a copy to Counsel for the State, Eva Flores, Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, Texas 77002 .

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further ordered by this Court.

4

By the following signature, the Court adopts the State's Proposed

Order Designating Issues and for Filing Affidavit in Cause Number

695776-A.


Signed this ___22___ day of ___June_____, 2015.



_____
PRESIDING JUDGE

5



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

June 22, 2015

DEVON ANDERSON
DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 695776-A in the 185th District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☒ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

June 22, 2015

KEN OKORIE
ATTORNEY AT LAW
12003 MEREWOOD LANE
HOUSTON, TEXAS 77071-2413

RE:     ARTHUR LAMAR MITCHELL
        CAUSE #695776-A
        185TH DISTRICT COURT

Dear Sir :

Enclosed herewith please find a copy of the Court's Order wherein the court orders that
KEN OKORIE, Attorney at Law, file an affidavit in response to allegations made in the
petition for post conviction writ of habeas corpus in the above numbered and styled
cause.

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial
Harris County District Clerk's Office

Enclosure: Respondent's Proposed Order Designating Issues and Order for Filing
Affidavit, Respondent's Original Answer, Application for Writ of Habeas Corpus

CC:    Kelly Reyes



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

June 22, 2015

ARTHUR LAMAR MITCHELL
#738709 LEBLANC UNIT
3695 FM 3514
BEAUMONT, TEXAS 77705

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 695776-A in the 185th District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☒ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT

Belinda Hill
Interim First Assistant



Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002-1901

# HARRIS COUNTY DISTRICT ATTORNEY
## DEVON ANDERSON

August 1, 2014

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

Re: Ex parte <u>ARTHUR LAMAR MITCHELL</u>
No. <u>695776-A</u> in the <u>185</u><sup>TH</sup>
District Court of Harris County, Texas
Filing date: 07/23/14

Date copy of writ delivered to District Attorney's Basket:_____08/01/14_____
By: _____*ERIN G BRYAN*_____

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

AUG 0 5 2014
_____
Date Received

_____
Assistant District Attorney
Harris County, Texas

